Date: 05/14/10                                                                                                                              Page:

## DIVIDENDS REMITTED TO THE COURT
Check Number 2008 Dated 05/14/10
Case Number 08-33616 - DAVIS, ELAINA D

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Fairview<br>Central Business Office<br>400 Stinson Blvd<br>Minneapolis MN 55413<br>2879 | 000003 | 55.00 | 1.71 |
| ---------- Remittance Total ----------- | | 55.00 | 1.71 |

*[signature]*

MICHAEL J. IANNACONE, Trustee

COURTI                                                                                    Printed: 05/14/10 01:22 PM    Ver: 15.08